ANDREW E. REMICK, Appellant, v. CHRISTIANE CARLSON and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

WILLIAM R. TUTTLE, Appellant, v. RICHARD H. RIXON and CHARLES McGOVERN, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

TRANSCONTINENTAL ENGINEERING CORPORATION, Appellant, v. ROLAND R. CONKLIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WINIFRED SULLIVAN, Appellant, v. JAMES J. CONWAY, a City Magistrate of the City of New York, Respondent.— Motion for stay granted, without costs, upon the ground that there is a question that ought to be decided by the court as to whether or not the information sufficiently charges a crime to confer jurisdiction upon the magistrate. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

FRANK AIELLO, Respondent, v. OBERMEYER & LIEBMANN, Appellant, Impleaded with ANTONIO FASOLINO, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

EDITH ALSTON, as Committee, etc., of MARY A. PURNELL, an Incompetent Person, Respondent, v. ETHEL W. HURST, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

AMERICAN ORIENTAL ICE MANUFACTURING COMPANY, Respondent, v. CHARLES J. MISSIR, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to withdraw demurrer, and to answer upon payment of said costs within twenty days from this order of affirmance. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

HARRY BOBROW, Appellant, v. JOSEPH PALATNICK, Respondent, Impleaded with SAMUEL BECHLER, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.